UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>           Defendant. | CASE NO. C18-0321JLR<br><br>ORDER |

This case originated in the District Court for the Eastern District of Virginia. (*See* Dkt.) On February 16, 2018, Plaintiffs SRC Labs, LLC and Saint Regent Mohawk Tribe's (collectively, "Plaintiffs") moved to compel certain discovery responses from Defendant Microsoft Corporation. (MTC (Dkt. ## 48, 48-1).) After Microsoft filed a motion to transfer the case to the Western District of Washington, Magistrate Judge John F. Anderson stayed all discovery and canceled a hearing on the motion to compel. (2/20/18 Order (Dkt. # 49).) On February 26, 2018, District Judge Liam O'Grady granted the motion to transfer venue. (2/26/18 Order (Dkt. # 50).)

1    On March 1, 2018, the case was transferred to the Western District of Washington
2 and assigned to the Honorable Richard A. Jones. (*See* Dkt.) Nearly a month later, the
3 matter was reassigned to the undersigned judge as related to an earlier-filed case pending
4 before the undersigned judge. (3/30/18 Order (Dkt. # 77).) Shortly after reassignment,
5 Microsoft responded to Plaintiffs' motion to compel, which was not noted on the court's
6 calendar. (MTC Resp. (Dkt. # 80); *see also* Dkt.)
7    Accordingly, the court DIRECTS the Clerk to note the motion to compel (Dkt.
8 # 48) for Friday, April 20, 2018. The court also ORDERS the parties to (1) appear at a
9 telephonic hearing on the motion on Monday, April 30, 2018, at 1:30 p.m., and (2) no
10 later than Tuesday, April 24, 2018, file for the court's consideration a proposed protective
11 order addressing the issues the parties raise in their briefing. The court strongly advises
12 the parties to file a joint proposal but will accept separate proposals if the parties cannot
13 agree on a single submission. The Courtroom Deputy will contact the parties with
14 information about appearing at the telephonic hearing.
15    The court recognizes that Plaintiffs filed the motion to compel before transfer to
16 the Western District of Washington, assignment to the undersigned judge, and entry of
17 the undersigned judge's scheduling order. However, the court ORDERS the parties to
18 first request a conference with the court before filing any additional discovery motions.
19 //
20 //
21 //
22 //

*See* Fed. R. Civ. P. 16(b)(3)(B)(v).  The court's scheduling order will further address that requirement, which the court expects the parties to comply with going forward.

Dated this 11th day of April, 2018.

JAMES L. ROBART
United States District Judge