UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CASE NO. C18-0321JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Based on the parties' joint status report (JSR (Dkt. ## 79, 91)), the court consolidates this matter with *SRC Labs, LLC v. Amazon Web Services, Inc.*, No. C18-0317JLR (W.D. Wash.) for a *Markman* hearing and *Markman*-related pretrial matters as set forth in the court's scheduling order (*see* Sched. Order (Dkt. # 94)). The *Markman* hearing will take place over two days with three portions dealing with the following patents: (1) the patents common to both this matter and *SRC Labs, LLC v.*

MINUTE ORDER - 1

1 | *Amazon Web Services, Inc.*, No. C18-0317JLR; (2) the patents asserted only in this
2 | matter; and (3) the patents asserted only in *SRC Labs, LLC v. Amazon Web Services, Inc.*,
3 | No. C18-0317JLR. (*See id.*) The court refers the parties to the scheduling order for
4 | further details. (*See id.*)

Filed and entered this 22nd day of May, 2018.

                                      WILLIAM M. MCCOOL
                                      Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk