1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10     SRC LABS, LLC, et al.,                          CASE NO. C18-0321JLR

11                         Plaintiffs,                 ORDER STRIKING AMENDED
                                                       COMPLAINT
12                 v.

13     MICROSOFT CORPORATION,

14                         Defendant.

15        On July 17, 2018, Plaintiffs SRC Labs, LLC and Saint Regis Mohawk Tribe

16   (collectively, "Plaintiffs") filed an amended complaint.  (Am. Compl. (Dkt. # 96).)

17   Because the time has passed for amending their complaint as a matter of course, *see* Fed.

18   R. Civ. P. 15(a)(1), Plaintiffs may amend their "pleading only with the opposing party's

19   written consent or the court's leave," Fed. R. Civ. P. 15(a)(2).  In their amended

20   complaint, Plaintiffs state that Defendant Microsoft Corporation ("Microsoft") "provided

21   its consent in writing."  (Am. Compl. at 4.)  That statement alone, however, is insufficient

22   to establish Microsoft's written consent, and the court DIRECTS the Clerk to strike

ORDER - 1

1  Plaintiffs' amended complaint (Dkt. # 96). Plaintiffs must file a stipulation indicating

2  Microsoft's written consent before filing the amended complaint. *See Windermere*

3  *Holdings, LLC v. U.S. Wall Decor, LLC*, No. C 10-03955 LB, 2011 WL 3419467, at *2

4  (N.D. Cal. Aug. 4, 2011) (directing the plaintiff to supplement the record "to reflect the

5  parties' stipulation" to an amended complaint).

6       Dated this 19th day of July, 2018.

7

8

_____

9  JAMES L. ROBART
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22