THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE, | CASE NO. 2:18-cv-00321-JLR |
| *Plaintiffs,* | STIPULATION AND [~~PROPOSED~~] ORDER FOR PLAINTIFFS TO FILE AMENDED COMPLAINT |
| v. | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | |
| *Defendant.* | NOTICE ON MOTION CALENDAR: July 20, 2018 |

Under Federal Rule of Civil Procedure 15(a)(2), Microsoft agreed in writing that Plaintiffs could file Plaintiffs' First Amended Complaint for Patent Infringement (Dkt. 96). Pursuant to the Court's Order Striking Amended Complaint (Dkt. 97), Microsoft stipulates that Plaintiffs may refile that same First Amended Complaint for Patent Infringement. Copies of the First Amended Complaint and a redline showing how it differs from the pleading that it amends are submitted herewith as Exhibits.

IT IS SO STIPULATED.

1  Dated this 20th day of July 2018.              Respectfully submitted,

2

3  /s/ Patty A. Eakes                                   /s/ Carmen Bremer
   Patty A. Eakes, WSBA 18888                           Carmen E. Bremer, WSBA 47,565
4  pattye@calfoeakes.com                                carmen.bremer@bremerlawgroup.com
   Emily D. Powell, WSBA 49351                          BREMER LAW GROUP PLLC
5  emilyp@calfoeakes.com                                1700 Seventh Avenue, Suite 2100
   CALFO EAKES & OSTROVSKY PLLC                         Seattle, WA 98101
6  1301 Second Avenue, Suite 2800                       Tel: (206) 357-8442
   Seattle, Washington 98101                            Fax: (206) 858-9730
7  (206_407-2200

8                                                       Michael W. Shore* (mshore@shorechan.com)
   David E. Killough, WSBA 40,185                       Alfonso G. Chan* (achan@shorechan.com)
9  davkill@microsoft.com                                Christopher L. Evans* (cevans@shorechan.com)
   1 Microsoft Way                                      Andrew Howard* (ahoward@shorechan.com)
10 Redmond, WA 98052                                    SHORE CHAN DEPUMPO LLP
   Tel: (425) 703-8865                                  901 Main Street, Suite 3300
11                                                      Dallas, Texas 75202
12 Richard A. Cederoth*                                 Tel: (214) 593-9110
   rcederoth@sidley.com                                 Fax: (214) 593-9111
13 Nathaniel C. Love*
   nlove@sidley.com                                     * Admitted *pro hac vice*
14 SIDLEY AUSTIN LLP
   One South Dearborn Street                            *Attorneys for Plaintiffs SRC Labs, LLC & Saint*
15 Chicago, Illinois 60603                              *Regis Mohawk Tribe.*
   Tel: (312) 853-7000
16

17 Scott M. Border*
   sborder@sidley.com
18 Joseph A. Micallef*
   jmicallef@sidley.com
19 SIDLEY AUSTIN LLP
   1501 K St. NW, Suite 600
20 Washington, DC 20005
   Tel: (202) 736-8000
21

22 * Admitted *pro hac vice*

23
   *Attorneys for Defendant Microsoft*
24 *Corporation.*

25

26

STIPULATION AND [PROPOSED] ORDER FOR
PLAINTIFFS TO FILE AMENDED COMPLAINT
CASE NO. 2:18-CV-00321-JLR

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206.357.8442

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _23 July 2018_

The Honorable James L. Robart
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR
PLAINTIFFS TO FILE AMENDED COMPLAINT
CASE No. 2:18-CV-00321-JLR

BREMER LAW GROUP PLLC
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: 206.357.8442