1

THE HONORABLE JAMES L. ROBART

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9   SRC LABS, LLC & SAINT REGIS          | Case No.: 2:18-cv-00321-JLR
    MOHAWK TRIBE,
10                                        | **STIPULATED MOTION AND**
            Plaintiffs,                   | **[~~PROPOSED~~] ORDER FOR**
11                                        | **EXTENSION OF TIME TO**
        v.                                | **EXCHANGE PRELIMINARY CLAIM**
12                                        | **CHARTS**
    MICROSOFT CORPORATION,
13                                        | **NOTE ON MOTION CALENDAR:**
            Defendant.                    | **Thursday, August 9, 2018**
14
                                          | **JURY TRIAL DEMANDED**
15

16      Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe (collectively, "Plaintiffs") and

17   Defendant Microsoft Corporation ("Microsoft") submit this stipulation to request a one-week

18   extension of time to exchange preliminary claim charts pursuant to the Court's Minute Order

19   Setting Trial Dates and Related Dates entered on May 22, 2018 (Dkt. No. 94) (the "Minute
20
     Order"). The current deadline to exchange preliminary claim charts is August 10, 2018. The
21
22   parties have conferred and request that the Court extend the deadline to August 17, 2018. Good

23   cause exists for this extension because the parties are engaging in ongoing discussions to narrow

24   the disputes and proposed terms for claim construction. The parties do not believe this extension

25   requires modifying any other deadlines set forth in the Court's Minute Order.

26

27

28   STIP. MOT. FOR EXT. TO EXCHANGE                    KELLER ROHRBACK L.L.P.
     PRELIMINARY CLAIM CHARTS          - 1 -           1201 Third Avenue, Suite 3200
     CASE NO. 2:18-CV-00321-JLR                            Seattle, WA 98101-3052
                                                        TELEPHONE: (206) 623-1900
                                                        FACSIMILE: (206) 623-3384

1    Stipulated and agreed to this 9th day of August, 2018.

2    DATED:  AUGUST 9, 2018                    KELLER ROHRBACK L.L.P.

3
      /s/ Patty A. Eakes                       By s/Mark A. Griffin
4    Patty A. Eakes, WSBA 18888               Mark A. Griffin, WSBA #16296
     pattye@calfoeakes.com                    Karin B. Swope, WSBA #24015
5    Emily D. Powell, WSBA 49351              1201 Third Avenue, Suite 3200
     emilyp@calfoeakes.com                    Seattle, WA  98101
6    CALFO EAKES & OSTROVSKY PLLC             Phone: (206) 623-1900
     1301 Second Avenue, Suite 2800           Fax: (206) 623-3384
7    Seattle, Washington 98101                mgriffin@kellerrohrback.com
     (206_407-2200                            kswope@kellerrohrback.com
8
     David E. Killough, WSBA 40,185           SHORE CHAN DEPUMPO LLP
9    davkill@microsoft.com                    Michael W. Shore (Pro Hac Vice)
     1 Microsoft Way                          Alfonso G. Chan (Pro Hac Vice)
10   Redmond, WA 98052                        Christopher Evans (Pro Hac Vice)
     Tel: (425) 703-8865                      Ari B. Rafilson (Pro Hac Vice)
11                                            Paul T. Beeler (Pro Hac Vice)
     Richard A. Cederoth*                     901 Main Street, Suite 3300
12   rcederoth@sidley.com                     Dallas, Texas 75202
     Nathaniel C. Love*                       Phone: (214) 593-9110
13   nlove@sidley.com                         Fax: (214) 593-9111
     SIDLEY AUSTIN LLP                        mshore@shorechan.com
14   One South Dearborn Street                achan@shorechan.com
     Chicago, Illinois 60603                  cevans@shorechan.com
15   Tel: (312) 853-7000                      arafilson@shorechan.com
                                              pbeeler@shorechan.com
16   Scott M. Border*
     sborder@sidley.com
17   Joseph A. Micallef*                      Attorneys for Plaintiffs SRC Labs, LLC &
     jmicallef@sidley.com                     Saint Regis Mohawk Tribe
18   SIDLEY AUSTIN LLP
     1501 K St. NW, Suite 600
19   Washington, DC 20005
     Tel: (202) 736-8000

20
     * Admitted pro hac vice
21
     Attorneys for Defendant Microsoft Corporation.
22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] **ORDER**

This matter is before the Court on the parties' Stipulated Motion for Extension of Time to Exchange Preliminary Claim Charts. The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the deadline for the parties to exchange preliminary claim charts shall be extended to and including August 17, 2018.

SO ORDERED this _10th_ day of ___August___ , 2018

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIP. MOT. FOR EXT. TO EXCHANGE
PRELIMINARY CLAIM CHARTS
CASE NO. 2:18-CV-00321-JLR

- 3 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_s/Mark A. Griffin_
Mark A. Griffin, WSBA #16296

STIP. MOT. FOR EXT. TO EXCHANGE
PRELIMINARY CLAIM CHARTS
CASE NO. 2:18-CV-00321-JLR

- 4 -

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384