THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No.: 2:18-cv-00321-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Thursday, August 30, 2018**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe (collectively, "Plaintiffs") and Defendant Microsoft Corporation ("Microsoft") submit this stipulation to request the following modification to the Court's Minute Order Setting Trial Dates and Related Dates entered on May 22, 2018 (Dkt. No. 94) (the "Minute Order").

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Reports from expert witnesses regarding Markman issues | 9/7/18 | 9/21/18 ~~9/21/08~~ |
| Rebuttal expert reports regarding Markman issues | 9/21/18 | 10/5/18 |
| Joint claim chart and Prehearing Statement | 9/28/18 | 10/24/18 |
| Opening claim construction briefs | 10/26/18 | 11/2/18 |
| Responsive claim constructive briefs | 11/9/18 | 11/16/18 |
| Markman Hearing | 12/20/18 | 12/20/18 |

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CLAIM CONSTRUCTION SCHEDULE
(NO. 2:18-cv-00321-JLR) - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Good cause exists for this extension because the parties are currently engaging in ongoing discussions to narrow the number of claim terms in dispute. The proposed modifications do not change the date of the *Markman* hearing and will not require modifying any other deadlines set forth in the Court's Minute Order.

Stipulated and agreed to this 30th day of August 2018.

| | |
|---|---|
| DATED: AUGUST 30, 2018 | KELLER ROHRBACK L.L.P. |
| /s/ Patty A. Eakes<br>Patty A. Eakes, WSBA 18888<br>pattye@calfoeakes.com<br>Emily D. Powell, WSBA 49351<br>emilyp@calfoeakes.com<br>CALFO EAKES & OSTROVSKY PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, Washington 98101<br>(206) 407-2200 | /s/ Mark A. Griffin<br>Mark A. Griffin, WSBA #16296<br>Karin B. Swope, WSBA #24015<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br>mgriffin@kellerrohrback.com<br>kswope@kellerrohrback.com |
| David E. Killough, WSBA 40,185<br>davkill@microsoft.com<br>1 Microsoft Way<br>Redmond, WA 98052<br>Tel: (425) 703-8865 | SHORE CHAN DEPUMPO LLP<br>Michael W. Shore (Pro Hac Vice)<br>Alfonso G. Chan (Pro Hac Vice)<br>Christopher Evans (Pro Hac Vice)<br>Ari B. Rafilson (Pro Hac Vice)<br>Paul T. Beeler (Pro Hac Vice)<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Phone: (214) 593-9110<br>Fax: (214) 593-9111<br>mshore@shorechan.com<br>achan@shorechan.com<br>cevans@shorechan.com<br>arafilson@shorechan.com<br>pbeeler@shorechan.com |
| Richard A. Cederoth*<br>rcederoth@sidley.com<br>Nathaniel C. Love*<br>nlove@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Tel: (312) 853-7000 | |
| Scott M. Border*<br>sborder@sidley.com<br>Joseph A. Micallef*<br>jmicallef@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K St. NW, Suite 600<br>Washington, DC 20005<br>Tel: (202) 736-8000 | *Attorneys for Plaintiffs SRC Labs, LLC &<br>Saint Regis Mohawk Tribe* |
| * Admitted *pro hac vice*<br><br>*Attorneys for Defendant Microsoft Corporation* | |

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CLAIM CONSTRUCTION SCHEDULE
(NO. 2:18-cv-00321-JLR) - 2

## [PROPOSED] ORDER

This matter is before the Court on the parties' Stipulated Motion to Modify Claim Construction Schedule. The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the claim construction deadlines are modified as follows.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Reports from expert witnesses regarding Markman issues | 9/7/18 | 9/21/18 ~~9/21/08~~ |
| Rebuttal expert reports regarding Markman issues | 9/21/18 | 10/5/18 |
| Joint claim chart and Prehearing Statement | 9/28/18 | 10/24/18 |
| Opening claim construction briefs | 10/26/18 | 11/2/18 |
| Responsive claim constructive briefs | 11/9/18 | 11/16/18 |
| Markman Hearing | 12/20/18 | 12/20/18 |

SO ORDERED this 31st day of August, 2018

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CLAIM CONSTRUCTION SCHEDULE
(NO. 2:18-cv-00321-JLR) - 3

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 30, 2018

                                    *s/George Barrington*
                                    George Barrington

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CLAIM CONSTRUCTION SCHEDULE
(NO. 2:18-cv-00321-JLR) - - 4 -

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224