THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. 2:18-cv-00321-JLR<br><br>**STIPULATED MOTION FOR ADDENDUM TO THE PROTECTIVE ORDER AND [~~PROPOSED~~] ORDER**<br><br>JURY TRIAL DEMANDED<br><br>NOTE ON MOTION CALENDAR:<br>**SEPTEMBER 14, 2018** |

STIPULATED MOTION FOR ADDENDUM TO THE
PROTECTIVE ORDER AND [PROPOSED] ORDER
CASE NO. 2:18-CV-00321-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

Plaintiffs have served a subpoena on Intel Corporation ("Intel") seeking certain discoverable information for this case. Intel has requested certain additional protections for the information that it may produce in response to this subpoena. Plaintiffs, Defendant, and Intel have agreed to the additional language proposed by Intel for an addendum to the Protective Order (Dkt. No. 89) already entered in this case. Intel agrees that all discovery disputes arising from Plaintiffs' January 23, 2018 subpoena issued as part of this case shall be heard by this Court.

13. <u>Disclosure of INTEL-HIGHLY CONFIDENTIAL.</u> For any materials designated "INTEL-HIGHLY CONFIDENTIAL," the following additional provisions apply:

(1) Intel Corporation ("Intel") will be treated like a producing party for purposes of notice and other requirements set forth in the protective order (Dkt. No. 89), including for example, Section 4.4 (notice regarding experts);

(2) Intel will be provided advance written notice by the disclosing party at least five days prior to the filing or disclosure of any INTEL-HIGHLY CONFIDENTIAL material, including in motions or during any hearing or trial;

(3) Intel will be provided reasonable advance written notice by the receiving party of any requests to modify or withdraw the confidentiality designation of the document or if any seal is lifted that impacts the confidentiality of any INTEL-HIGHLY CONFIDENTIAL material; and

(4) The parties to the underlying action ("the Parties") will not show any Intel confidential information and/or documents designated INTEL-HIGHLY CONFIDENTIAL to any mock jurors and jury/trial consultants (i) without first providing Intel with notice, and (ii) without first obtaining written consent from Intel. Intel shall not unreasonably withhold consent. If no mutually

---

STIPULATED MOTION FOR ADDENDUM TO THE
PROTECTIVE ORDER AND [PROPOSED] ORDER - 1
CASE NO. 2:18-CV-00321-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

acceptable agreement can be reached, the Parties and Intel will submit the issue to the Court for resolution.

IT IS SO STIPULATED BY COUNSEL FOR PLAINTIFFS, DEFENDANT MICROSOFT, AND NON-PARTY INTEL

Dated this 14th day of September 2018.                    Respectfully submitted,

| | |
|---|---|
| /s/ Patty A. Eakes | /s/ Mark A. Griffin |
| Patty A. Eakes, WSBA 18888 | Mark A. Griffin, WSBA #16296 |
| pattye@calfoeakes.com | Karin B. Swope, WSBA #24015 |
| Emily D. Powell, WSBA 49351 | 1201 Third Avenue, Suite 3200 |
| emilyp@calfoeakes.com | Seattle, WA 98101 |
| CALFO EAKES & OSTROVSKY PLLC | Phone: (206) 623-1900 |
| 1301 Second Avenue, Suite 2800 | Fax: (206) 623-3384 |
| Seattle, Washington 98101 | mgriffin@kellerrohrback.com |
| (206_407-2200 | kswope@kellerrohrback.com |
| | |
| David E. Killough, WSBA 40,185 | SHORE CHAN DEPUMPO LLP |
| davkill@microsoft.com | Michael W. Shore (Pro Hac Vice) |
| 1 Microsoft Way | Alfonso G. Chan (Pro Hac Vice) |
| Redmond, WA 98052 | Christopher Evans (Pro Hac Vice) |
| Tel: (425) 703-8865 | Ari B. Rafilson (Pro Hac Vice) |
| | Paul T. Beeler (Pro Hac Vice) |
| Richard A. Cederoth* | 901 Main Street, Suite 3300 |
| rcederoth@sidley.com | Dallas, Texas 75202 |
| Nathaniel C. Love* | Phone: (214) 593-9110 |
| nlove@sidley.com | Fax: (214) 593-9111 |
| SIDLEY AUSTIN LLP | mshore@shorechan.com |
| One South Dearborn Street | achan@shorechan.com |
| Chicago, Illinois 60603 | cevans@shorechan.com |
| Tel: (312) 853-7000 | arafilson@shorechan.com |
| | pbeeler@shorechan.com |
| Scott M. Border* | |
| sborder@sidley.com | *Attorneys for Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe* |
| Joseph A. Micallef* | |
| jmicallef@sidley.com | |
| SIDLEY AUSTIN LLP | |
| 1501 K St. NW, Suite 600 | |
| Washington, DC 20005 | |

STIPULATED MOTION FOR ADDENDUM TO THE
PROTECTIVE ORDER AND [PROPOSED] ORDER - 2
CASE NO. 2:18-CV-00321-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

Tel: (202) 736-8000

* Admitted *pro hac vice*

*Attorneys for Defendant Microsoft Corporation.*

Ryan J. McBrayer #28338
RMcBrayer@perkinscoie.com
Kyle M. Amborn #48340
KAmborn@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: (206) 359-8000

*Attorneys for Non-Party Intel*

STIPULATED MOTION FOR ADDENDUM TO THE
PROTECTIVE ORDER AND [PROPOSED] ORDER - 3
CASE NO. 2:18-CV-00321-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 16 September 2018

The Honorable JAMES L. ROBART
U.S. DISTRICT JUDGE

STIPULATED MOTION FOR ADDENDUM TO THE
PROTECTIVE ORDER AND [PROPOSED] ORDER - 4
CASE NO. 2:18-CV-00321-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, I presented this **STIPULATED MOTION FOR ADDENDUM TO THE PROTECTIVE ORDER AND [PROPOSED] ORDER** to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Erica Knerr
Erica Knerr

STIPULATED MOTION FOR ADDENDUM TO THE
PROTECTIVE ORDER AND [PROPOSED] ORDER - 5
CASE NO. 2:18-CV-00321-JLR

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110