# [PROPOSED] ORDER

This matter is before the Court on the parties' Stipulation to Re-note Defendant's Motion to Stay Case Pending *Inter Parties* Review to November 2, 2018. The Court, having considered this matter and the record in this case, ORDERS as follows:

Plaintiffs' Opposition to Defendants' Motion to Stay will be filed by Monday, October 29, 2018. Defendant's Reply will be filed on November 2, 2018. Defendant's Motion to Stay Case Pending *Inter Parties* Review shall be re-noted for consideration on November 2, 2018.

IT IS SO ORDERED this 16th day of October, 2018

_____
The Honorable James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO RE-NOTE DEFENDANT'S MOTION TO STAY CASE PENDING *INTER PARTES* REVIEW TO NOVEMBER 2, 2018
(2:18-cv-00321-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384