The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SRC Labs, LLC, et al.,

                    Plaintiffs,

v.

Microsoft Corporation,

                    Defendant.

No. 2:18-cv-00321-JLR

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE

NOTE ON MOTION CALENDAR: OCTOBER 22, 2018

Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe (collectively, "Plaintiffs") and Defendant Microsoft Corporation ("Microsoft") submit this stipulation to request the following modification to the Court's Order Setting the Claim Construction Schedule entered on August 30, 2018 (Dkt. No. 94) (the "Order"), which was previously modified by the Stipulation and Order to Modify Claim Construction Schedule entered on August 31, 2018 (Dkt. No. 112).

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Joint claim chart and Prehearing Statement | 10/24/18 | 10/31/18 |

Good cause exists for this extension because the parties need additional time to obtain and cite to the transcripts of the parties' experts that were deposed on October 17th-20th. The

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CLAIM CONSTRUCTION SCHEDULE
(2:18-cv-00321-JLR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

proposed modifications do not change the date of the Markman hearing and will not require modifying any other deadlines set forth in the Court's Orders.

Stipulated and agreet to this 22nd day of October, 2018.

| CALFO EAKES & OSTROVSKY PLLC | KELLER ROHRBACK L.L.P. |
|---|---|
| By: /s/ *Patty A. Eakes*<br>Patty A. Eakes, WSBA #18888<br>pattye@calfoeakes.com<br>Emily D. Powell, WSBA #49351<br>emilyp@calfoeakes.com<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 407-2200<br><br>David E. Killough, WSBA #40185<br>davkill@microsoft.com<br>1 Microsoft Way<br>Redmond, WA 98052<br>Phone: (425) 703-8865<br><br>Richard A. Cederoth (Pro Hac Vice)<br>rcederoth@sidley.com<br>Nathaniel C. Love (Pro Hac Vice)<br>nlove@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Phone: (312) 853-7000<br><br>Scott M. Border (Pro Hac Vice)<br>sborder@sidley.com<br>Joseph A. Micallef (Pro Hac Vice)<br>jmicallef@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K St. NW, Suite 600<br>Washington, DC 20005<br>Phone: (202) 736-8000<br><br>*Attorneys for Defendant Microsoft Corporation.* | By /s/Mark A. Griffin<br>Mark A. Griffin, WSBA #16296<br>mgriffin@kellerrohrback.com<br>Karin B. Swope, WSBA #24015<br>kswope@kellerrohrback.com<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br><br>SHORE CHAN DEPUMPO LLP<br>Michael W. Shore (Pro Hac Vice)<br>mshore@shorechan.com<br>Alfonso G. Chan (Pro Hac Vice)<br>achan@shorechan.com<br>Christopher Evans (Pro Hac Vice)<br>cevans@shorechan.com<br>Ari B. Rafilson (Pro Hac Vice)<br>arafilson@shorechan.com<br>Paul T. Beeler (Pro Hac Vice)<br>pbeeler@shorechan.com<br>901 Main Street, Suite 3300<br>Dallas, TX 75202<br>Phone: (214) 593-9110<br>Fax: (214) 593-9111<br><br>*Attorneys for Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe* |

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CLAIM CONSTRUCTION SCHEDULE
(2:18-cv-00321-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**[PROPOSED] ORDER**

This matter is before the Court on the parties' Stipulated Motion To Modify Claim Construction Schedule. The Court, having considered this matter and the record in this case, ORDERS as follows:

The Stipulated Motion is GRANTED in its entirety.

IT IS HEREBY ORDERED THAT the claim construction deadlines are modified as follows.

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Joint claim chart and Prehearing Statement | 10/24/18 | 10/31/18 |

SO ORDERED this 23rd day of October, 2018

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CLAIM CONSTRUCTION SCHEDULE
(2:18-cv-00321-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Mark A. Griffin*
Mark A. Griffin, WSBA #16296

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CLAIM CONSTRUCTION SCHEDULE
(2:18-cv-00321-JLR) - 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384