The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SRC Labs, LLC, et al.,

                  Plaintiffs,

    v.

Microsoft Corporation,

                  Defendant.

No. 2:18-cv-00321-JLR

DECLARATION OF MARK A. GRIFFIN IN OPPOSITION TO DEFENDANT'S MOTION TO STAY CASE PENDING *INTER PARTES* REVIEW

Mark A. Griffin, under penalty of perjury under the laws of the State of Washington, declares that the following is true and correct:

1. I am a partner in the law firm of Keller Rohrback L.L.P. and am one of the attorneys for the Plaintiffs in this case. I am a member of the bar of this Court and am competent to testify to the matters stated herein. I submit this Declaration in Opposition to Defendant's Motion to Stay Case Pending *Inter Partes* Review.

2. Defendant Microsoft Corporation ("Microsoft") has a wholly-owned subsidiary, Microsoft Technology Licensing, LLC ("MTL"), that owns by assignment all right, title, and interest in patents issued on inventions created by Microsoft inventors and files patent infringement lawsuits on behalf of Microsoft. In this District, for example, MTL sued Kyocera Corporation and

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT.
TO STAY CASE PENDING INTER PARTES REVIEW
(2:18-cv-00321-JLR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Kyocera Communications, Inc. for patent infringement in 2015. Complaint, *Microsoft Tech. Licensing, LLC v. Kyocera Corp.*, No. C15-346RAJ (W.D. Wash. Mar. 6, 2015). A true and correct copy of the complaint from that case is attached hereto as Exhibit A.

3. Plaintiff Saint Regis Mohawk Tribe ("Tribe") has partnered with Entrepreneurs Roundtable Accelerator to create an Indigenous Business Accelerator program. Attached as Exhibit B is a true and correct copy of a PowerPoint presentation showing the partnership between the Tribe and Entrepreneurs Roundtable Accelerator to create an Indigenous Business Accelerator program.

4. Attached as Exhibit C is a true and correct copy of an article by David Pridham, *The Patent Litigation Lie*, Forbes (Apr. 13, 2017), https://www.forbes.com/sites/davidpridham/2017/04/13/the-patent-litigation-lie/#1552744a7ea9.

5. In *Microsoft Corp. v. i4i Limited Partnership*, 564 U.S. 91 (2011), the United States Supreme Court unanimously affirmed a jury verdict finding that Microsoft willfully infringed the patent of Canadian company i4i. This case was filed in 2007, and Microsoft was held liable for at least $290 million in damages.[1]

6. On August 10, 2011, The Sidney Morning Herald reported on the results of a patent infringement lawsuit against Microsoft: "Richardson is the Australian inventor who took on Microsoft and won. In April 2009, a United States court found the giant software corporation had used his technology without his knowledge or permission and ordered Microsoft to pay compensation of $US388 million (then worth more than $530 million). The award was one of the

---

[1] Charles Arthur, *Microsoft Loses Patent Battle with Canada's i4i*, Guardian (June 10, 2011), https://www.theguardian.com/technology/2011/jun/10/microsoft-canada-i4i-patent.

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT. TO STAY CASE PENDING INTER PARTES REVIEW (2:18-cv-00321-JLR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

highest in US patent history."[2] The patent infringement lawsuit was first filed against Microsoft in 2006.[3]

7. In *Microsoft Corp. v. Virnetx Inc.*, Case IPR2014-00401 (P.T.A.B. July 23, 2014), Microsoft attempted unsuccessfully to institute an *Inter Partes* Review ("IPR") proceeding almost seven years after being served with a complaint involving the patent-in-use. Attached as Exhibit D is a true and correct copy of the Decision Denying Institution of *Inter Partes* Review from that case.

8. Attached as Exhibit E is a true and correct copy of the Order Denying Motion to Stay, *Levine v. Boeing Co.*, No. 14-1991RSL (W.D. Wash. July 29, 2015), Dkt. # 65.

9. On August 24, 2018, Microsoft filed IPR No. IPR2018-01594 with the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office ("USPTO").

10. On August 30, 2018, Microsoft filed IPR No. IPR2018-01604 with the PTAB of the USPTO.

11. On September 5, 2018, Microsoft filed IPR No. IPR2018-01599 with the PTAB of the USPTO.

12. On September 5, 2018, Microsoft filed IPR No. IPR2018-01601 with the PTAB of the USPTO.

13. On September 5, 2018, Microsoft filed IPR No. IPR2018-01602 with the PTAB of the USPTO.

14. On September 5, 2018, Microsoft filed IPR No. IPR2018-01603 with the PTAB of

---

[2] Jane Cadzow, *The Beautiful Mind of the Aussie Who Beat Microsoft*, Sydney Morning Herald (Aug. 10, 2011), https://www.smh.com.au/technology/the-beautiful-mind-of-the-aussie-who-beat-microsoft-20110810-1ilm6.html.

[3] *Uniloc USA, Inc. v. Microsoft Corp.*, 632 F.3d 1292, 1299-1301 (Fed. Cir. 2011).

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT. TO STAY CASE PENDING INTER PARTES REVIEW (2:18-cv-00321-JLR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

the USPTO.

15. On September 6, 2018, Microsoft filed IPR No. IPR2018-01605 with the PTAB of the USPTO.

16. On September 6, 2018, Microsoft filed IPR No. IPR2018-01606 with the PTAB of the USPTO.

17. On September 6, 2018, Microsoft filed IPR No. IPR2018-01607 with the PTAB of the USPTO.

18. On September 11, 2018, Microsoft filed IPR No. IPR2018-01600 with the PTAB of the USPTO. As of the date of this filing, 8 out of the 10 IPRs have been assigned to panels and been given Preliminary Response due dates.

19. The PTAB is located in Alexandria, Virginia.[4]

20. Plaintiffs filed their initial complaint against Microsoft in the United States District Court, Eastern District of Virginia, Alexandria Division, on October 18, 2017. Pls.' Original Compl. for Patent Infringement ("Original Complaint"), *SRC Labs, LLC v. Microsoft Corp.*, No. 17-1172 (E.D. Va. Oct. 18, 2017), Dkt. # 1. This case was assigned to United States District Judge Liam O' Grady.

21. On December 1, 2017, Microsoft answered the Original Compliant, Dkt. # 20, and filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (a), Dkt. # 21, asking that the case be transferred to the United States District Court for the Western District of Washington.

22. On January 17, 2018, the parties submitted a Joint Proposed Discovery Plan, Dkt. # 39, that included an "[a]n anticipated trial date" in June 2019 depending on the court's

---

[4] *PTAB Contact Information*, United States Patent and Trademark Office, https://www.uspto.gov/about-us/organizational-offices/patent-trial-and-appeal-board/ptab-contact-information (last visited Oct. 26, 2018).

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT. TO STAY CASE PENDING INTER PARTES REVIEW (2:18-cv-00321-JLR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

availability. *Id.* at 3.

23. On February 16, 2018, Plaintiffs filed a Motion to Compel Defendant Microsoft Corporation to Produce Documents and Properly Respond to Interrogatories, Dkt. # 47.

24. On February 20, 2018, Judge O'Grady stayed discovery pending the Court's order resolving the motion to transfer. Order, Dkt. # 49.

25. On February 26, 2018, Judge O'Grady granted Microsoft's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), ordering that this case be transferred to the Western District of Washington. Mem. Op. & Order, Dkt. # 50.

26. On April 30, 2018, this Court entered a Protective Order, Dkt. # 89.

27. On that same date, the Court denied Plaintiffs' Motion to Compel in part and granted Plaintiffs' Motion to Compel in part. Minute Entry, Dkt. # 88.

28. On May 22, 2018, this Court entered a scheduling order that set trial for November 4, 2019. Minute Order Setting Trial Dates & Related Dates, Dkt. # 94.

29. On August 3, 2018, Plaintiffs filed a First Amended Complaint ("FAC"), Dkt. # 103, and Microsoft answered the FAC on August 17, 2018, Dkt. # 110.

30. A number of significant discovery deadlines have passed. Plaintiffs served Microsoft with their Preliminary Infringement Contentions and Disclosure of Asserted Claims. Microsoft served its Preliminary Non-Infringement and Invalidity Contentions and Accompanying Document Production. Proposed Terms and Claim Elements for Construction and Preliminary Claims Charts have been prepared. Expert reports have been exchanged, and rebuttal expert reports have been exchanged. The deadline for completion of claim construction discovery (October 12, 2018) has passed.

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT. TO STAY CASE PENDING INTER PARTES REVIEW (2:18-cv-00321-JLR) - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

31.     Plaintiffs have propounded four sets of Requests for Production and two sets of Interrogatories.

32.     Microsoft has propounded one set of Requests for Production and one set of Interrogatories.

33.     On September 17, 2018, Plaintiffs' counsel wrote defense counsel a letter about deficiencies in Microsoft's Patent Local Rule 121 disclosures and discovery responses, requesting that a meet and confer be scheduled to discuss these deficiencies.

34.     Beginning on September 19 through September 27, Plaintiffs attempted to schedule this meet and confer. Attached hereto as Exhibit F is an email string showing Plaintiffs attempts to schedule this meet and confer.

35.     With a letter dated October 1, 2018 that was transmitted to Plaintiffs' counsel on October 2, 2018, Microsoft responded to the substance of Plaintiffs' September 17, 2018 letter.

36.     Three meet and confer telephonic conference calls have occurred in this case to discuss discovery deficiencies on October 2, 10, and 16, 2018.

37.     The parties have produced 13,376 documents with 496,042 pages. The parties have also engaged in third party discovery from Intel.

38.     Plaintiffs have received 803 documents with 31,036 pages from Intel and have reviewed its source code.

39.     Plaintiffs deposed Derek Chiou, a Microsoft employee, on October 12, 2018.

40.     Plaintiffs deposed Henry Houh, one of Microsoft's experts on October 17, 2018.

41.     Microsoft deposed Tarek El-Ghazawi, one of Plaintiffs' experts, on October 18, 2018.

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT. TO STAY CASE PENDING INTER PARTES REVIEW (2:18-cv-00321-JLR) - 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

42. Microsoft deposed Houman Homayoun, one of Plaintiffs' experts, on October 19, 2018.

43. On October 25, 2018, Plaintiffs served Defendant and sent a Notice of Subpoena for Deposition of Microsoft employee Qi Lu to a process server for service.

44. The *Markman* hearing is scheduled to begin on December 20, 2018, and the Opening Claim Construction Briefs are due on November 2, 2018. Stipulated Mot. & Order to Modify Claim Construction Schedule, Dkt. # 113. The Joint Claim Chart and Prehearing Statement is due on October 31, 2018. Stipulated Mot. & Order to Modify Claim Construction Schedule, Dkt. # 122.

45. On July 9, 2018, Microsoft served its preliminary invalidity contentions. These contentions seek to invalidate Plaintiffs' patents on grounds based on Patentability, 35 U.S.C. § 101, Lack of Enablement and Written Description, *id.* § 112(a), and Indefiniteness, *id.* § 112(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October, 2018 at Seattle, Washington.

*s/Mark A. Griffin*
Mark A. Griffin, WSBA #16296

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT. TO STAY CASE PENDING INTER PARTES REVIEW (2:18-cv-00321-JLR) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Mark A. Griffin*
Mark A. Griffin, WSBA #16296

DECL. OF MARK A. GRIFFIN IN OPP'N TO DEF.'S MOT. TO STAY CASE PENDING INTER PARTES REVIEW (2:18-cv-00321-JLR) - 8

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384