THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. 2:18-cv-00321-JLR<br><br>**DECLARATION OF CHRISTOPHER L. EVANS IN SUPPORT OR PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF** |

I, Christopher L. Evans, hereby declare as follows:

1. My name is Christopher L. Evans. I am over eighteen years of age and competent to testify about matters in this affidavit. I have personal knowledge of all matters set forth herein.

2. I am a partner at the law firm Shore Chan DePumpo LLP, counsel for Plaintiffs SRC Labs, LLC ("SRC") and Saint Regis Mohawk Tribe (the "Tribe").

3. Attached as **Exhibit 1** is a true and correct copy of pages from the Microsoft Press Computer Dictionary (3rd ed., 1997).

4. Attached as **Exhibit 2** is a true and correct copy of the IEEE Standard Glossary of

DECL. EVANS ISO PL'S OPENING CLAIM
CONSTRUCTION BRIEF
(2:18-CV-00317-JLR) 1

**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Computer Hardware Terminology approved June 14, 1994 regarding the term "bank".

5. Attached as **Exhibit 3** is a true and correct copy of Kung, et al., "Systolic arrays for VLSI," SIAM, Sparse Matrix Proceedings, 1978 1-29.

6. Attached as **Exhibit 4** is a true and correct copy of a Kung, H.T., "Why Systolic Architectures?", IEEE Computer, Jan. 1982, 37-46."

7. Attached as **Exhibit 5** is a true and correct copy of the September 4, 2018 Declaration of Dr. Harold Stone Regarding U.S. Patent No. 7,225,324 filed in IPR2018-01601 as Ex. 1003.

8. Attached as **Exhibit 6** is a true and correct copy of the August 24, 2018 Declaration of Dr. Harold Stone Regarding U.S. Patent No. 76,434,687 filed in IPR2018-01594 as Ex. 1003.

9. Attached as **Exhibit 7** is a true and correct copy of Paper No. 1 in IPR2018-01601, Petition for Inter Partes Review of U.S. Patent No. 7,225,324 Under 35U.S.C.§§ 311-319 and 37 C.F.R. §42.1-.80 & 42.100-.123.

10. Attached as **Exhibit 8** is a true and correct copy of Hartenstein, et al., "A reconfigurable data-driven ALU for Xputers," Proceedings of the 1994 IEEE Workshop on FPGAs for CCMs, April 10-13, 1994, 139-146.

11. Attached as **Exhibit 9** is a true and correct copy of John Schewel et al, "High-Speed Computing, Digital Signal Processing, and Filtering Using Reconfigurable Logic," Proceedings SPIE Vol. 2914 (Nov. 1996).

12. Attached as **Exhibit 10** is a true and correct copy of the October 19, 2018 Declaration of Brad L. Hutchings in IPR2019-00103 as Ex. 1002.

DECL. EVANS ISO PL'S OPENING CLAIM
CONSTRUCTION BRIEF
(2:18-CV-00317-JLR) 2

**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

13. Attached as **Exhibit 11** is a true and correct copy of Paper No. 1 in IPR2019-00103, Petition for Inter Partes Review of U.S. Patent No. 7,149,867 Under 35U.S.C.§§ 311-319 and 37 C.F.R. §42.1-.80 & 42.100-.123.

14. Attached as **Exhibit 12** is a true and correct copy of Vanderwiel, Steven P. and David. J. Lilja. "Data prefetch mechanisms." ACM Comput. Surv. 32 (2000): 174-199.

15. Attached as **Exhibit 13** is a true and correct copy of Tien-Fu Chen and J. -. Baer, "A performance study of software and hardware data prefetching schemes," Proceedings of 21 International Symposium on Computer Architecture, Chicago, IL, USA, 1994, pp. 223-232.

16. Attached as **Exhibit 14** is a true and correct copy of the October 5, 2018 Rebuttal Declaration of Tarek El-Ghazawi taken in in 2:18-cv-00317-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Amazon Web Services, Inc., Amazon.com, Inc., and Vadata, Inc.

17. Attached as **Exhibit 15** is a true and correct copy of the October 5, 2018 Rebuttal Declaration of Dr. Houman Homayoun taken in 2:18-cv-00317-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Amazon Web Services, Inc., Amazon.com, Inc., and Vadata, Inc.

18. Attached as **Exhibit 16** is a true and correct copy of the October 18, 2018 Deposition of Tarek El Ghazwi, Ph.D. taken in 2:18-cv-00317-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Amazon Web Services, Inc., Amazon.com, Inc., and Vadata, Inc.

19. Attached as **Exhibit 17** is a true and correct copy of the October 19, 2018 Deposition of Houman Homaoung, Ph.D. taken in 2:18-cv-00317-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Amazon Web Services, Inc., Amazon.com, Inc., and Vadata, Inc.

20. Attached as **Exhibit 18** is a true and correct copy of the September 21, 2018 Declaration of Tarek El-Ghazawi served in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis

DECL. EVANS ISO PL'S OPENING CLAIM
CONSTRUCTION BRIEF
(2:18-CV-00317-JLR) 3

**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Mohawk Tribe v. Microsoft Corporation.

21. Attached as **Exhibit 19** is a true and correct copy of the October 5, 2018 Rebuttal Declaration of Tarek El-Ghazawi served in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Microsoft Corporation.

22. Attached as **Exhibit 20** is a true and correct copy of the October 5, 2018 Rebuttal Declaration of Dr. Houman Homayoun served in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Microsoft Corporation.

23. Attached as **Exhibit 21** is a true and correct copy of the October 18, 2018 Deposition of Tarek El-Ghazawi, Ph.D. taken in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Microsoft Corporation.

24. Attached as **Exhibit 22** is a true and correct copy of the October 19, 2018 Deposition of Tarek El-Ghazawi, Ph.D. taken in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Microsoft Corporation.

25. Attached as **Exhibit 23** is a true and correct copy of the October 17, 2018 Deposition of Henry Houh, Ph.D. taken in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Microsoft Corporation.

26. Attached as **Exhibit 24** is a true and correct copy of excerpts from the October 12, 2018 Deposition of Derek Chiou taken in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Microsoft Corporation.

27. Attached as **Exhibit 25** is a true and correct copy of the September 21, 2018 Opening Report of Brad Hutchings, Ph.D. Regarding Markman Issues served in 2:18-cv-00317-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Amazon Web Services, Inc.,

DECL. EVANS ISO PL'S OPENING CLAIM
CONSTRUCTION BRIEF
(2:18-CV-00317-JLR) 4

**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Amazon.com, Inc., and Vadata, Inc.

28.    Attached as **Exhibit 26** is a true and correct copy of the September 21, 2018 Declaration of Dr. Henry Houh in Support of Defendant's Claim Construction Positions served in 2:18-cv-00321-JLR; SRC Labs LLC and Saint Regis Mohawk Tribe v. Microsoft Corporation. Plaintiffs' expressly reserve their right to exclude Dr. Houh's opinions under Federal Rule of Evidence 702.

I declare under the penalty of perjury under the laws of the United States that for foregoing is true and correct.

Signed this 5th day of November, 2018 at Dallas, Texas.

*/s/ Christopher L. Evans*

———————————————
Christopher L. Evans

DECL. EVANS ISO PL'S OPENING CLAIM
CONSTRUCTION BRIEF
(2:18-CV-00317-JLR) 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Karin B. Swope*
Karin B. Swope, WSBA #24015

DECL. EVANS ISO PL'S OPENING CLAIM
CONSTRUCTION BRIEF
(2:18-CV-00317-JLR) 6

**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384