THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS LLC and SAINT REGIS MOHAWK TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:18-cv-00321-JLR<br><br>SITPULATION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 13, 2018 |

Defendant Microsoft Corporation ("Microsoft") submits this stipulation to request the following modification to the Court's Minute Order Setting Trial Dates and Related Dates entered on May 22, 2018 (Dkt. No. 94), which was previously modified by the Stipulations and Orders to Modify Claim Construction Schedule entered on August 31, 2018, October 23, 2018, and October 31, 2018 (Dkt. Nos. 112, 122, and 127).

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Responsive claim construction briefs | 11/16/2018 | 11/20/2018 |

Good cause exists for this brief extension because Microsoft's lead counsel is now unexpectedly required to address additional issues in a final hearing before the Patent Trial

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CLAIM CONSTRUCTION SCHEDULE

Case No. 2:18-cv-00321-JLR

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200  FAX (206) 407-2224

and Appeal Board ("PTAB") for an unrelated matter involving three patents this Friday, November 16, 2018. The proposed modifications do not change the date of the Markman hearing and will not require modifying any other deadlines set forth in the Court's Orders. Plaintiffs have agreed to the requested extension to accommodate Microsoft's lead counsel's schedule.

Stipulated and agreed to this 12th day of November, 2018.

s/Patricia A. Eakes
Patricia A. Eakes, WSBA #18888
Emily D. Powell, WSBA #49351
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Tel: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
Email: emilyp@calfoeakes.com

David E. Killough, WSBA #40185
1 Microsoft Way
Redmond, WA 98052
Tel: (425) 703-8865
Email: davkill@microsoft.com

Richard A. Cederoth (admitted *pro hac vice*)
Nathaniel C. Love (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Email: rcederoth@sidley.com
Email: nlove@sidley.com

/s/ Mark A. Griffin
Mark A. Griffin, WSBA #16296
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

SHORE CHAN DEPUMPO LLP
Michael W. Shore (Pro Hac Vice)
Alfonso G. Chan (Pro Hac Vice)
Christopher Evans (Pro Hac Vice)
Ari B. Rafilson (Pro Hac Vice)
Paul T. Beeler (Pro Hac Vice)
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
cevans@shorechan.com
arafilson@shorechan.com
pbeeler@shorechan.com

*Attorneys for Plaintiffs SRC Labs, LLC & Saint Regis Mohawk Tribe*

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CLAIM CONSTRUCTION SCHEDULE - 2

Case No. 2:18-cv-00321-JLR

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Joseph A. Micallef (admitted *pro hac vice*)
Scott M. Border (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Email: jmicallef@sidley.com
Email: sborder@sidley.com

*Attorneys for Defendant Microsoft Corporation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 13, 2018

_____
The Honorable JAMES L. ROBART
U.S. DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY
CLAIM CONSTRUCTION SCHEDULE - 3

Case No. 2:18-cv-00321-JLR

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224