The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SRC Labs, LLC, et al.,

    Plaintiffs,

v.

Microsoft Corporation,

    Defendant.

No. 2:18-cv-00321-JLR

~~(PROPOSED)~~ ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW COUNSEL

This matter came before the Court on Plaintiffs' Motion to Withdraw Counsel Mark a. Griffin. The Court has considered the all documents submitted in support and opposition, and the files and records in this case.

The Court finds, concludes, and orders that Plaintiffs' request is GRANTED.

Dated this 4th day of December, 2020.

James L. Robart
United States District Judge

(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW COUNSEL
(2:18-cv-00321-JLR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384