UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C18-0321JLR<br><br>ORDER |

On November 20, 2018, the court stayed this case pending the Patent and Trademark Office's ("the PTO") decisions on Defendant Microsoft Corporation's ("Microsoft") 10 *inter partes* review ("IPR") petitions. (*See generally* 11/20/18 Order (Dkt. # 139).) The court extended the stay on May 3, 2019 and further ordered the parties to submit joint status reports every 90 days on the status of the 10 IPR petitions and any appeals of PTO decisions. (5/3/19 Order (Dkt. # 142).) The parties now report that all appeals of the IPR petitions have been resolved. (JSR (Dkt. # 142) at 1.) Accordingly, the court LIFTS THE STAY in this matter and further ORDERS the parties to submit a

ORDER - 1

1 | joint status report within 30 days setting forth a proposed schedule for proceeding in this
2 | matter.  If the parties are unable to agree on a joint proposal, they shall submit a joint
3 | filing that sets forth their respective views on how this matter should proceed.
4 |       Dated this 31st day of January, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge