THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SRC LABS, LLC & SAINT REGIS MOHAWK TRIBE,<br><br>*Plaintiffs,*<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant.* | CASE NO. 2:18-cv-00321-JLR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE PARTIES |

CAME TO BE CONSIDERED Plaintiffs' Unopposed Motion to Substitute Parties. After consideration, the Court finds that the Motion should be GRANTED.

It is, therefore, ORDERED that FG SRC, LLC is substituted for SRC Labs, LLC and Saint Regis Mohawk Tribe, and that the case caption shall be updated accordingly in future filings.

Dated this 22nd day of February, 2022.

*/s/ James L. Robart*
JAMES L. ROBART
U.S. District Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
SUBSTITUTE PARTIES (2:18-cv-00321-JLR) - 1