THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

FG SRC LLC,

    *Plaintiff,*

    v.

MICROSOFT CORPORATION,

    *Defendant.*

CASE NO. 2:18-cv-00321-JLR

**ORDER GRANTING STIPULATION OF DISMISSAL**

On  August 30, 2022, the parties filed a Stipulation of Voluntary Dismissal with Prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    Accordingly,

    IT IS ORDERED that this action is DISMISSED with prejudice, with all attorneys' fees, costs of court, and expenses to be borne by the party incurring same.

    DATED this 30th day of August, 2022.



JAMES L. ROBART
United States District Judge

ORDER GRANTING STIPULATION OF DISMISSAL
(2:18-cv-00321-JLR) - 1